IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE WOLF, DELORES BERMAN, I-SHUN CHOW, KIMCHI CHOW, GRASSHILL LAND, INC., BRADY HEATH, THERESA HEATH, STEVEN A. NEWELL, MARILYN CADREAU NEWELL, TAMSCO PROPERTIES, LLC, JKR LASER INVESTMENT, LLC, SURFER BREACH, LLC, and TO BE DETERMINED, LLC,

　　　　　Plaintiffs,

　　v.

LORAL LANGEMEIER and LIVE OUT LOUD, INC.,

　　　　　Defendants.

2:09-cv-03086-GEB-EFB

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

　　　　The parties' Joint Status Report reveals that holding a status conference in this case at this juncture would be premature. Therefore, the Status (Pretrial Scheduling) Conference set for March 29, 2010, is continued to July 12, 2010, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Dated: March 25, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

1