1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA,

# SACRAMENTO DIVISION

| | |
|---|---|
| BRADY HEATH, THERESA HEATH, TAMSCO PROPERTIES, LLC, JKR LASER INVESTMENT, LLC, SURFER BEACH, LLC, and TO BE DETERMINED, LLC<br><br>　　　　Plaintiffs,<br><br>  v.<br><br>LORAL LANGEMEIER and LIVE OUT LOUD, INC.<br><br>　　　　Defendants. | Case No.:  2:09-CV-03086-GEB-EFB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE STATUS CONFERENCE SET FOR SEPTEMBER 19, 2011**<br><br>Honorable Judge Garland E. Burrell, Jr.<br><br><br>Filing Date: November 5, 2009 |

Having read and considered the parties submitted Joint Stipulation, ng therefore, IT IS HEREBY ORDERED THAT:

1. The Status Conference currently scheduled for September 19, 2011, should be continued until the first date that is convenient for the Court on or after November 14, 2011.

2. The pretrial scheduling conference is rescheduled for November 14, 2011, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

_____
GARLAND E. BURRELL, JR.
United States District Judge